JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | No. 2:23-cv-02809-JAK (MRWx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LAURYN A. PRICE, et al., | |
| Defendants. | |

The default of the Defendant Lauryn A. Price ("Price") was entered on July 25, 2023, and the subsequent Motion for Default Judgment by Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") was taken under submission on September 25, 2023, and granted on November 3, 2023.

Based on the foregoing, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Judgment is hereby entered in favor of Wells Fargo and against Price in the principal amount of $128,787.00, plus interest of $3,974.88 that has accrued, and attorneys' fees of $3,175.74, for a total judgment of $135,937.62.
2. Costs of suit of _____ may be recovered through a timely application to the Clerk. L.R. 54-2.
3. Post-judgment interest shall accrue at a daily rate of 0.0148% on the forgoing amounts, and shall be compounded annually, until the judgment has been satisfied. 28 U.S.C. § 1960.

**IT IS SO ORDERED.**

Dated: November 3, 2023

_____
John A. Kronstadt
United States District Judge

2